■ In the Matter of ARTHUR G. ALBRECHT et al., Respondents, against FRANK J. HOCHMUTH, as Director of Markets for the City of Buffalo, Appellant.— Appeal dismissed, without costs, as academic. All concur. (Appeal from an order of Erie Special Term denying defendant's motion for a stay of proceedings pending determination of appeal from the final order.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ In the Matter of SAM SOLODKY et al., Respondents, against FRANK J. HOCHMUTH, as Director of Markets for the City of Buffalo, Appellant.— Same decision and like cause of action as in companion case of *Matter of Albrecht, v. Hochmuth* (4 A D 2d 929).

■ In the Matter of ABRAHAM WORTMAN, Respondent, against FRANK J. HOCHMUTH, as Director of Markets for the City of Buffalo, Appellant.— Same decision and like cause of action as in companion case of *Matter of Albrecht v. Hochmuth* (4 A D 2d 929).

■ JOSEPH PERITORE, Plaintiff, v. NIAGARA MOHAWK POWER CORPORATION, Defendant and Third-Party Plaintiff-Appellant. ARUTE BROTHERS, INC., Third-Party Defendant-Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Special Term dismissing the third-party complaint.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WEBSTER DEAN HOUGH, Appellant.— Order affirmed. (See *People* v. *Sullivan*, 3 N Y 2d 196.) All concur. (Appeal from an order of Chautauqua County Court dismissing defendant's application for writ of *coram nobis*.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.

■ CHANDLER WELLS, Appellant, v. HARRY M. DENT, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See *ante*, p. 307.]

■ BREGMAN CONSTRUCTION CORP., Appellant, v. GLEN FALLS INSURANCE COMPANY et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See *ante*, p. 850.]